IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

MICHAEL C. SULLIVAN,

    Plaintiff

v.                                                  No.: 2:13-cv-174

SAFARILAND, LLC, SCOTT O'BRIEN,
KANDERS & COMPANY, INC.,
WARREN B. KANDERS, BAE SYSTEMS, PLC
and ARMOR HOLDINGS, INC.,

    Defendants.

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Safariland, LLC, certify to the best of my knowledge and belief:

__     My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.*

X     My client has the following parent corporation(s):

    Maui Acquisition Corp.

__     The following publicly held corporation(s) own 10% or more of my client's stock:


                                      /s/ EDWARD U. BABB, BPR # 013707
                                      (Signature of Counsel)

                                      October 18, 2013
                                      (Date)

EUB/sf