# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

| | | |
|---|---|---|
| MICHAEL C. SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:13-cv-174 |
| | ) | |
| SAFARILAND, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF JAMES A. DEYO

Comes the Defendant, Safariland, LLC, by and through counsel, and moves this Honorable Court to exclude all proposed testimony of the Plaintiff's purported expert, Dr. James A. Deyo, regarding the NIK field drug test kits at issue in the present case because his testimony does not comply with the requirements of Rule 702 of the Federal Rules of Evidence.

In support of this motion, Defendant submits a memorandum of law filed contemporaneously herewith.

Respectfully submitted this 22rd day of December, 2014.

BUTLER, VINES AND BABB, PLLC

By /s/ Edward U. Babb
    EDWARD U. BABB, BPR # 013707
    *Attorney for Defendant Safariland, LLC*
    2701 Kingston Pike
    P. O. Box 2649
    Knoxville, TN 37901-2649
    865/244-3926

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

TROY L. BOWLIN, II, Esq.
The Bowlin Law Firm
400 West 1st North Street
Morristown, TN 37814

DIRK DANIEL, Esq.
Daniel and Daniel
P.O. Box 6
Rutledge, TN 37861-0006

This the 22rd day of December, 2014.

BUTLER, VINES AND BABB, PLLC


By:     /s/ Edward U. Babb

EUB/MCG/sf

2